

VIA ECF ONLY

December 6, 2021

Honorable Yvonne Gonzalez Rogers
United States District Judge
1301 Clay Street
Oakland, CA 94612

    RE: <u>UNITED STATES v. GIOVANNI CORIA, et. al.,</u>
       CR 21-0312 YGR

Your Honor,

    I write following the Court's December 6, 2021 Omnibus Order, Dkt. 54 to request that the Court allow John Ellis, who will be filing an application seeking appointment as the Coordinating Discovery Attorney ("CDA") in this case and in the other multi-defendant cases, to participate in the Status Hearing set for December 16, 2021, and be provided with the special Zoom link for this hearing. Both Mr. Ellis and undersigned counsel believe that his participation in the hearing will facilitate the Court's understanding of his role, and the coordination of discovery production across these and the other cases set for status.

    Government counsel in this case have no objection to Mr. Ellis' participation. If permitted to participate, the government will include email addresses for his office on the distribution lists.

                                 Sincerely yours,

                                 */s/ Gail Shifman*

                                 GAIL SHIFMAN

gs/tbs

cc: John Ellis, Esq.