UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** March 25, 2022     **Time:** 9:19 a.m. – 12:00 p.m.   **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 21-cr-00311-YGR     **Case Name:** UNITED STATES v. Garcia et al
21-cr-00312-YGR                    UNITED STATES v. Hernandez et al
21-cr-00325-YGR                    UNITED STATES v. Ontiveros, et al
21-cr-00327-YGR                    UNITED STATES v. Quiros
21-cr-000328-YGR                   UNITED STATES v. Cervantes et al
21-mj-71438-MAG                    UNITED STATES v. Garcianava

**21-cr-311-YGR**
**Attorney for Plaintiff: AUSA Marja-Lissa Overbeck**
**Defendant Jose Garcia(appearance waived): Mark Goldrosen Via Zoom**
**Defendant Juan Gonzalez(appearance waived): Mark Goldrosen Via Zoom**
**Defendant Paul Valenzuela(via Zoom): Mark Goldrosen appearing for Brian Berson Via Zoom**
**Defendant Caleb Eller (fugitive)**
**Defendant Kyle Leonis(appearance waived): Mark Goldrosen appearing for Steve DeFilippis Via Zoom**
**Defendant Juan Dominguez(appearance waived): Alan Dressler Via Zoom**

**21-cr-0312-YGR**
**Attorney for Plaintiff/AUSA: Kevin Rubino**
**Defendant Joshua Hernandez: (fugitive)**
**Defendant Giovanni Coria (via Zoom): Gail Shifman via Zoom**
**Defendant Charles Pineda (via Zoom): Cary Lindstrom via Zoom**
**Defendant Nicholas Mendez (CUSTODY; Appearance Waived): James Thomson via Zoom**

**21-cr-0325-YGR**
**Attorney for Plaintiff/AUSA: Jeffrey Backhus via Zoom**
**Defendant Jaime Ontiveros (fugitive)**
**Defendant Jonathan Lee(fugitive)**
**Defendant Jaime Medina Hernandez (appearance waived): Cindy Diamond via Zoom**
**Defendant Clemente Garcia Barraza (appearance waived): Ann McGlenon via Zoom**

**21-cr-0327-YGR**
**Attorney for Plaintiff/AUSA Kevin Rubino**
**Defendant Luis Quiros(via Zoom): Edwin Prather via Zoom**

**21-cr-0328-YGr**
**Attorney for Plaintiff/AUSA:** Kevin Rubino and Marja-Liisa Overbeck
**Defendant David Cervantes (IN CUSTODY; PRESENT IN COURTROOM):**
John Paul Reichmuth
**Defendant Antonio Guillen (IN CUSTODY; PRESENT IN COURTROOM):** Shaffy Moeel
**Defendant James Perez (IN CUSTODY; PRESENT IN COURTROOM):** Erik Babcock
**Defendant Samuel Luna (IN CUSTODY; PRESENT IN COURTROOM):** Miranda Kane
**Defendant Guillermo Solorio (IN CUSTODY; PRESENT IN COURTROOM):**
Randy Sue Pollock
**Defendant Trinidad Martinez (IN CUSTODY; PRESENT IN COURTROOM):** Michelle Spencer
**Defendant George Franco (IN CUSTODY; PRESENT IN COURTROOM):** Marsanne Weese
**Defendant Steven Trujillo (IN CUSTODY; PRESENT IN COURTROOM):** Michael Hinckley
**Defendant Salvador Castro (IN CUSTODY; PRESENT IN COURTROOM):** Charles Woodson
**Defendant Bryan Robledo (IN CUSTODY; PRESENT IN COURTROOM):** Carleen Arlidge
**Defendant Alex Yrigollen (IN CUSTODY; PRESENT IN COURTROOM):** Peter Arian
**Defendant Juan Soto (IN CUSTODY; PRESENT IN COURTROOM):** Erick Guzman
**Defendant Edgardo Rodriguez (IN CUSTODY; PRESENT IN COURTROOM):** Steve Kalar
**Defendant Robert Maldonado (IN CUSTODY; PRESENT IN COURTROOM):** Mark Flanagan and Julius Jefferson
**Defendant Eric Zarate (IN CUSTODY; PRESENT IN COURTROOM):** John Jordan
**Defendant Rocky Bracamonte (IN CUSTODY; PRESENT VIA ZOOM SRJ TABLET):** David Cohen
**Defendant Joshua Cortez(appearance waived):** Amy Craig for Mark Vermeulen
**Defendant William Rodriguez (IN CUSTODY; PRESENT VIA SRJ CLASSROOM C):** Alanna Coopersmith
**Defendant Marvin Rodriguez:** (fugitive)
**Defendant Cristian Mora:** (fugitive)
**Defendant Martin Joseph Ruppel(appearance waived):** Amy Craig
**Defendant Anaelisa Cuevas(appearance waived):**Richard Tamor

**21-mj-71438- MAG**
**Plaintiff Attorney/AUSA Daniel Kassabian**
**Defendant Hector Garcianava(appearance waived):** Raymond Buenaventura

  **Deputy Clerk:** Aris Garcia                     **Reported by:** LeAnne Shortridge
  **Spanish Interpreter:** Monique Inciarte

### PROCEEDINGS

Status Conference – HELD in person and via Zoom

**21-cr-311-YGR**

Defendants Valenzuela and Leonis shall report to the US Marshal for processing.

Status Conference re: status of processing for defendants Valenzuela and Leonis set for 4/1/2022 at 9:00 a.m.
In Person Status Conference set for 6/2/2022 at 3:00 p.m.

**EXCLUDABLE DELAY:**
Category
Begins  3/25/2022
Ends    6/2/2022

### 21-cr-312-YGR

Defendant Pineda shall report to the US Marshal for processing.
Status Conference re: status of processing for defendant Pineda set for 4/1/2022 at 9:00 a.m.
In Person Status Conference set for 6/9/2022 at 1:00 p.m.

**EXCLUDABLE DELAY:**
Category
Begins  3/25/2022
Ends    6/9/2022

### 21-cr-325-YGR

In Person Status Conference set for 6/9/2022 at 3:00 p.m.

**EXCLUDABLE DELAY:**
Category
Begins 3/25/2022
Ends  6/9/2022

### 21-cr-327-YGR

In Person Status Conference set for 6/2/2022 at 3:00 p.m.

**EXCLUDABLE DELAY:**
Category
Begins  3/25/2022
Ends  6/2/2022

### 21-cr-328-YGR

Defendants Ruppel and Cuevas shall report to the US Marshal for processing.
Status Conference re: status of processing for defendants Ruppel and Cuevas set for 4/1/2022 at 9:00 a.m.
Defendants' Motion to Sever due by 4/8/2022
Defendant Bracamonte's Motion to Sever due by 4/1/2022
Government's combined opposition to both Motions due by 4/29/2022
Defendants' reply due by 5/13/2022
Hearing on the Motions to Sever will be held on 5/24/2022 at 9:00 a.m.

Status Conference set for 6/30/2022 at 9:00 a.m.

**EXCLUDABLE DELAY FOR ALL DEFENDANTS:**
Category
Begins  3/25/2022
Ends    5/24/2022, 6/30/2022 for the defendants as stated on the record

**21-cr-328 Defendants' 1-15**

[197] MOTION for Immediate Relief from Solitary Confinement and for Modification of Conditions of Pretrial Detention & [198] MOTION to Quash Writ of Habeas Corpus Ad Prosequendum Hearing HELD in Person and Submitted.

The Court to issue Written Order