| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 17 mins. | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | **DEPUTY CLERK** Ivy Lerma Garcia | **LIBERTY DIGITAL RECORDING** 11:06-11:23 | |
| **CHIEF MAGISTRATE JUDGE** DONNA M. RYU | **DATE** 1/12/2024 | **NEW CASE** ☐ | **CASE NUMBER** 4:21-cr-00312-YGR-1 |

### APPEARANCES

| DEFENDANT JOSHUA HERNANDEZ | AGE | CUST YES | P/NP P | ATTORNEY FOR DEFENDANT Michael Stepanian | PD. ☐  RET. ☐  APPT. ☒ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Andrew Paulson for Marja-Liisa Overbeck | | INTERPRETER | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Bradley Wilson | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☒ IA REV ON PRET. REL. VIOL. HELD 2 mins. | ☐ OTHER |
| ☒ DETENTION HRG HELD 15 mins. | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | |

GOVT'S & PRET SVC'S

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 1/25/2024 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS ☐ TRIAL SET |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | STATUS RE: PRELIM. HRG./ ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. Y. GONZALEZ ROGERS | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 FROM 1/12/24 TO 1/25/24 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ STATUS ON PENDING SUP. REL. VIOLS. |

### ADDITIONAL PROCEEDINGS

Petition PS-8 Form for Arrest Warrant on Pret. Rel. Viol. ordered unsealed. Both sides presented proffer re: detention. For the reasons stated on the record, the court ordered the Deft. detained & remanded to the cust. of the US Marshal pending trial/further proceedings in this case. Defendant's bail is revoked. Deft's Counsel has received prev. some discovery/police reports & will need some time to review them. Addt'l. discovery shall be forthcoming from the Govt's Counsel. Parties stip. for exclusion of time under the Speedy Trial Act for effective prep. of counsel. cc: Edwin; Pret. Svcs.