FILED

Jan 12 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>   v.<br><br>JOSHUA HERNANDEZ,<br><br>          Defendant. | Case No. 4:21-cr-00312-YGR-1 (DMR)<br><br>**ORDER RE: BAIL REVOKED AND DEFENDANT REMANDED TO CUSTODY** |

Pretrial Services filed a Petition for Arrest Warrant for Defendant under Pretrial Supervision [Docket No. 24]. After conducting a hearing on January 12, 2024, the court entered the following orders:

1. The Defendant's bail is REVOKED;

2. The $25,000 unsecured bond issued and filed on September 17, 2021 is EXONERATED;

3. The Defendant is REMANDED to the custody of the U.S. Marshal pending further proceedings before District Judge Yvonne Gonzalez Rogers or until further order of this court.

**IT IS SO ORDERED.**

Dated: January 12, 2024

DONNA M. RYU
Chief Magistrate Judge